TM:JDB
F.#2009R01060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

JOSEPH ORLANDO, also known as
    "Joey Boy,"
GIOVANNI MONTELEONE, also known
    as "John," and
ANTHONY BORGESE, also known as
    "Tony Darrow,"

          Defendants.

- - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. _____
(T. 18, U.S.C., §§ 894(a),
 2 and 3551 et seq.)

THE GRAND JURY CHARGES:

COUNT ONE
(Extortionate Collection of Credit Conspiracy)

On or about and between July 1, 2004 and August 1, 2004, both dates being approximate and inclusive, within the Southern District of New York and elsewhere, the defendants JOSEPH ORLANDO, also known as "Joey Boy," GIOVANNI MONTELEONE, also known as "John," and ANTHONY BORGESE, also known as "Tony Darrow," together with others, did knowingly and intentionally conspire to use extortionate means to collect an extension of credit from John Doe, an individual who resided in the vicinity of Monticello, New York.

(Title 18, United States Code, Sections 894(a) and 3551 et seq.)

<u>COUNT TWO</u>
(Extortionate Collection of Credit)

On or about August 1, 2004, within the Southern District of New York and elsewhere, the defendants JOSEPH ORLANDO, also known as "Joey Boy," GIOVANNI MONTELEONE, also known as "John," and ANTHONY BORGESE, also known as "Tony Darrow," together with others, did knowingly and intentionally use extortionate means to collect an extension of credit from John Doe.

(Title 18, United States Code, Sections 894(a), 2 and 3551 <u>et</u> <u>seq.</u>)

A TRUE BILL

_____
FOREPERSON

BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY:_____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

## INFORMATION SHEET

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

1.  Title of Case:  UNITED STATES v.  JOSEPH ORLANDO, et al.

2.  Related Magistrate Docket Number(s) _____

    _____
            None ()

3.  Arrest Date:  N/A _____

4.  Nature of offense(s):   XX     Felony
                                   Misdemeanor

5.  Related Cases - Title and Docket No(s).  (Pursuant to Rule 50.3 of the
    Local E.D.N.Y. Division of Business Rules):

    _____

    _____

6.  Projected Length of Trial:     Less than 6 weeks     (X)
                                    More than 6 weeks     ()

7.  County in which crime was allegedly committed:  KINGS
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Has this indictment/information been ordered sealed?     (X) Yes  () No

9.  Have arrest warrants been ordered?                       (X) Yes  () No

                                        BENTON J. CAMPBELL
                                        UNITED STATES ATTORNEY

                            By:    _____
                                        JOHN BURETTA
                                        Assistant U.S. Attorney
                                        (718) 254-6314