UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA

                    -against-

ANTHONY BORGESE,

                    Defendant.
-----------------------------------------------------X

09-CR-357 (ENV)

ORDER

It appearing to the court that the above named defendant, ANTHONY BORGESE, on June 8, 2009, deposited with the clerk of this court a cash bail in the amount of fifty thousand ($50,000.00) dollars.

It now appears to the court that the defendant has complied with the requirements of the bail and orders of this court. Now, therefore,

**IT IS ORDERED**; that the Clerk of the Court remit to the defendant the sum of fifty thousand ($50,000.00) dollars deposited in connection with said cash bail.

APR - 9 2012

Dated: _____

s/ ENV

_____
UNITED STATES DISTRICT JUDGE