```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,            SATISFACTION OF JUDGMENT

        -against-                    Criminal Docket
                                     No. CR-09-0357

ANTHONY BORGESE,                     (Vitaliano, J.)

                Defendant.
- - - - - - - - - - - - - - - -X
```

WHEREAS, a judgment of fine was imposed against the defendant and in favor of the United States of America, in the amount of $7,600.00, that is, a fine in the amount of $7,500.00 and a special assessment in the amount of $100.00, on December 7, 2011, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on March 20, 2012; and

WHEREAS, said judgment has been fully paid as to the defendant ANTHONY BORGESE;

2

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant ANTHONY BORGESE.

Dated:   Brooklyn, New York
         May 1, 2012

                                    LORETTA E. LYNCH
                                    United States Attorney
                                    Eastern District of New York
                                    271 Cadman Plaza East, 8th Fl.
                                    Brooklyn, New York 11201

                              By:   *s/Mary M. Dickman*
                                    MARY M. DICKMAN
                                    Assistant U.S. Attorney
                                    (718)254-6022