**Faga *Savino***
*Attorneys at Law*

Faga Savino, LLP
*Attorneys at Law*

399 Knollwood Road
Suite 301
White Plains, New York 10603

(914) 358-1373
(718) 931-6000
(914) 358-1381 fax

May 31, 2012

Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                Re:    United States v. Anthony Borgese
                         Docket No. 09-357 (ENV)

Honorable Sir:

     Please be advised that this office represents Anthony Borgese with respect to the above referenced docket number. We have been in contact with Lisha Traylor in Pretrial Services to inquire about the return of Mr. Borgese's passport. Ms. Traylor advised that we may request the return of the passport from the Court prior to Mr. Borgese completing his supervision.

     As Mr. Borgese has no travel restrictions, we respectfully request that he be allowed the return of his passport.

     We thank the Court for its time and consideration.

                             Respectfully,

                             Kevin B. Faga (KF5829)

KBF/lh
cc: AUSA Evan Norris

*By Appointment*     ***Empire State Building***     ***Bronx***
                      *350 Fifth Avenue, Suite 2716*     *984 Morris Park Avenue*
                      *New York, New York 10118*     *Bronx, New York 10462*